MELBOURNE MUNICIPAL FIRE-FIGHTERS' PENSION TRUST FUND, derivatively ON BEHALF OF QUALCOMM, INCORPORATED, Plaintiff Below, Appellant,

v.

Paul E. JACOBS, Steven M. Mollenkopf, Barbara T. Alexander, Donald G. Cruickshank, Raymond V. Dittamore, Susan Hockfield, Thomas W. Horton, Sherry Lansing, Harish Manwani, Duane A. Nelles, Clark T. Randt, Jr., Francisco Ros, Jonathan J. Rubinstein, General Brent Scowcroft, and Marc I. Stern, Defendants Below, Appellee,

and

Qualcomm, Inc., Nominal Defendant Below, Appellee.

No. 444, 2016

Supreme Court of Delaware.

Submitted: March 1, 2017

Decided: March 3, 2017

Court Below: Court of Chancery of the State of Delaware C.A. No. 10872–VCM

AFFIRMED.

PASSCO INDIAN SPRINGS DST, Defendant Below, Appellant,

v.

GRAND ACQUISITION, LLC, Plaintiff Below, Appellee.

No. 469, 2016

Supreme Court of Delaware.

Submitted: March 1, 2017

Decided: March 3, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 12003–VCM

AFFIRMED.

John DOE NO. 1 and John Doe No. 2, Plaintiffs Below, Appellants,

v.

Robert M. COUPE, solely in his official capacity as Commissioner of the Delaware Department of Correction, Defendant Below, Appellee.

No. 458, 2016

Supreme Court of Delaware.

Submitted: March 1, 2016

Decided: March 3, 2017

Court Below–Chancery Court of the State of Delaware, C.A. No. 10983

AFFIRMED.